IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RICKY R. WARREN, JR.,**

    **Petitioner,**

v.                                      Case No. 4:16cv141-MW/EMT

**SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,**

    **Respondent.**
_____/

**ORDER ACCEPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Second Report and Recommendation, ECF No. 43, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 48. Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, is **DENIED**. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on December 7, 2017.**

                                                 *s/Mark E. Walker*     
                                                 **United States District Judge**